IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Steven Grinnell, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 2:23-6131-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| Tovarrian Bradford Russell *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The Court conducted a telephone status conference with counsel on May 9, 2025. The Court addressed and ruled on the following matters:

1. The Court hereby directs Defendants' counsel to promptly produce to Plaintiffs' counsel the unedited video with the watermark discussed in the status conference.

2. Discovery is reopened for 30 days after the unedited video is delivered to Plaintiffs' counsel for the limited purpose of obtaining meta data and GPS location data from the custodian of the unedited video that will potentially allow the parties to more precisely determine the location of the defendant truck driver during the time relevant to this case.

3. The Court hereby authorizes the parties to file new dispositive motions within 15 days after the expiration of the 30 day discovery period set forth in Paragraph 2 above if (and only if) the newly obtained information provides additional material information on the location of the defendant truck driver at times relevant to this

litigation. Any new dispositive motion must describe in detail any new information obtained and its relevance to the issues in contest in this case.

4. Plaintiffs' motion to voluntarily dismiss this action without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure (Dkt. No. 46) is denied as moot in light of the Court's limited reopening of discovery.

5. The trial of this case is hereby set to begin with jury selection on September 8, 2025. The trial will proceed immediately following jury selection.

**AND IT IS SO ORDERED**.

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

May 9, 2025
Charleston, South Carolina