# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

CIVIL ACTION NO.: 2:23-cv-6131-RMG

| | |
|---|---|
| Steven Grinnell and Vanessa Grinnell, both Individually and as Parents & Guardians of K.G. and K.G, both minors )<br><br>*Plaintiff,* )<br><br>-*vs*- )<br><br>Tovarrian Bradford Russell and Roehl Transport, Inc., )<br><br>*Defendants.* | **APPEARANCE OF COUNSEL** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

    I am admitted to practice in this court, and I appear in this case as counsel for Steven Grinnell and Vanessa Grinnell, both Individually and as Parents & Guardians of K.G. and K.G, both minors

Respectfully submitted,

        **MORGAN & MORGAN, P.A.**

        */s/ Cooper Klaasmeyer*
        COOPER KLAASMEYER, ESQ.
        SC Bar No.:   105795
        Federal ID:   14272
        4401 Belle Oaks Drive, Suite 300
        North Charleston, SC, 29405
        Phone:         (843) 973- 5438
        Fax:             (854) 429-6281
        cooper.klaasmeyer@forthepeople.com
        **Attorney for the Plaintiff**

Charleston, SC
May 16, 2025