

## SWEENY WINGATE & BARROW

June 18, 2025

Reply to: Main Office

**Aaron J. Hayes**
**(803) 256-2233**
**ajh@swblaw.com**

<u>**VIA E-MAIL: Michael.Guzman@lytx.com**</u>
Michael Guzman
Legal Specialist, II
Lytx, Inc.

     RE:    Steven Grinnell, et al v. Roehl Transport, Inc. and Tovarrian Bradford Russell
             Civil Action No.:    2:23-cv-6131-RMG
             Our File:            3241-14533

Dear Michael:

     I hope this letter finds you well. Please be advised that I am in receipt of a court order in the above-referenced matter requiring that I take steps on behalf of my corporate client, Roehl Transport, Inc., to procure certain information that may be in the possession of Lytx, Inc. related to the alleged motor vehicle collision giving rise to the above-referenced lawsuit. Specifically, I am instructed to:

- inquire "about the production of any internal camera view on the day of the alleged accident, and whether the internal camera view was operating on that date," and
- produce to the court the service agreement existing between Roehl Transport, Inc. and Lytx, Inc.

     For your reference, this incident is alleged to have occurred at approximately 1:50pm ET (12:50pm CT) on March 3, 2023, in or around mile marker 65 on I-95 northbound in Colleton County, South Carolina.

     I have enclosed a copy of the court's order for your review. As you can see from the order, I am required to file a status report on this issue on or before June 27, 2025, so please produce the information to my office on or before 5:00pm ET on June 26, 2025.

    As noted above, I am sending you this correspondence as attorney for Roehl Transport, Inc. Please do not hesitate to contact me via phone or email if you have any questions or concerns. I look forward to hearing from you as soon as possible.

                                       Sincerely,

                                       **SWEENY, WINGATE & BARROW, P.A.**

                                       Aaron J. Hayes

AJH/tnn

cc (via email): Cooper Klaasmayer, Esq.
                Lauren Carroway, Esq.
                Mark S. Barrow, Esq.
                Jake M. Tillery, Esq.