

June 20, 2025

Aaron J. Hayes
Sweeny, Wingate & Barrow, P.A.
1515 Lady Street
Columbia, SC 29211

Re: <u>Steven Grinnell, et al. Roehl Transport, Inc. and Tovarrian Bradford Russell</u>

Dear Mr. Hayes:

Lytx, Inc. ("<u>Lytx</u>" or "<u>we</u>") is in receipt of the court order and correspondence received from your office on June 18, 2025.

On March 3, 2023, Roehl Transport, Inc. vehicle 2371 was equipped with our DriveCam video event recorder ("VER") QM00529353. The device model for VER QM00529353 was a SF400. On March 3, 2023, VER QM00529353 was configured to record exception-based video as well as continual video.

- Exception-based video was configured to record in-cab and road-view video.
- Continual video was configured to record road-view video only.

Finally, regarding the request to provide the existing service agreement with Roehl Transport, Inc., Lytx considers its client contractual agreements to be confidential and proprietary, containing competitively sensitive information and thus will produce this agreement with a protective/confidentiality order. Please let us know if a protective order exists in this case.

Please do not hesitate to contact me if there are additional questions related to this matter.

Regards,

Michael Guzman
Legal Department