IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Steven Grinnell and Vanessa Grinnell, both Individually and as Parents/Guardians of K.G. and K.G, both minors, <br><br>   Plaintiffs, <br><br> v. <br><br> Tovarrian Bradford Russell and Roehl Transport, Inc., <br><br>   Defendants. | Case No.: 2:23-cv-6131-RMG <br><br><br> **DEFENDANTS' SUPPLEMENTAL STATUS REPORT** |

## Introduction

On June 17, 2025, the Court ordered that counsel for Defendants "has been directed to communicate with his client's vendor, Lytx, about the production of any internal camera view on the day of the alleged accident and whether the internal camera view was operating on that date. Defense counsel is further directed to produce to the court the service agreement between his client and Lytx. Defendants are directed to file a status report on or before 6/27/25." (June 17, 2025 Order, ECF No. 55 ("June 17 Order").) On June 27, 2025, Defendants filed a Status Report plus exhibits, *see* ECF No. 57, *et seq.*, and Defendants produced to the Court for *in camera* review Roehl's copy of the applicable documents comprising the service agreement, *see* ECF No. 57-4. Defendants advised the Court that they were still seeking Lytx's copy of the agreement. (*See* ECF No. 57-4.)

1

On June 30, 2025, after a status conference, the Court entered an additional Order instructing Defendants "to obtain a written response from its vendor Lytx concerning whether any interior video was produced on the day at issue in this litigation. (June 30, 2025 Order, ECF No. 59 ("June 30 Order").) This supplemental status report follows.

## Supplemental Status Report

- On July 2, 2025, in accordance with the June 30 Order, Defendants' counsel sent a follow up letter to Lytx, Inc., requesting written confirmation from Lytx that no interior video was produced. *See* July 2 Letter to Michael Guzman, attached hereto as **Exhibit A**.

- The July 2 letter from the undersigned to Lytx also reiterated Defendants' request for Lytx's copy of the applicable service agreement. *Id.*

- On July 3, 2025, Defendants' counsel received a letter (dated July 2, 2025) from Michael Guzman at Lytx confirming that no interior video was produced and also enclosing Lytx's copy of the service agreement and a second addendum to the agreement. *See* July 2 Letter from Michael Guzman, attached hereto as **Exhibit B**.

- On July 10, 2025, Defendants' counsel submitted to the Court for *in camera* review the additional documents provided by Lytx's July 2 letter to the undersigned. *See* July 10 Letter to Court, attached hereto as **Exhibit C**.

## Summary

Defendants are informed and believe that they have complied with the Court's June 17 and June 30 Orders.

*Signature page to follow.*

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/ Aaron J. Hayes
Mark S. Barrow, Fed. I.D. No. 1220
Aaron J. Hayes, Fed. I.D. No. 11196
Jake M. Tillery, Fed. I.D. No. 14371
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

July 10, 2025