

# S·W·B

## SWEENY WINGATE & BARROW

July 2, 2025

Reply to: Main Office

**Aaron J. Hayes**
(803) 256-2233
ajh@swblaw.com

<u>VIA E-MAIL: Michael.Guzman@lytx.com</u>
Michael Guzman
Legal Specialist, II
Lytx, Inc.

      RE:    Steven Grinnell, et al v. Roehl Transport, Inc. and Tovarrian Bradford Russell
              Civil Action No.:    2:23-cv-6131-RMG
              Our File:           3241-14533

Dear Mr. Guzman:

      Please accept this letter as a follow-up to my correspondence of June 27, 2025. All of my prior requests remain in force, so please forward the previously requested information to me at your earliest convenience.

      **Additionally**, I have been ordered by the court to obtain a written response from Lytx "concerning whether any interior video was produced on the day at issue in this litigation." It is my understanding that Lytx can confirm that no interior video from the subject unit from the day in question (March 3, 2023) was produced, **so please reply via letter to confirm**.

      I look forward to hearing from you at your earliest possible convenience. As always, please do not hesitate to contact me if you have any questions or concerns.

Sincerely,

**SWEENY, WINGATE & BARROW, P.A.**

Aaron J. Hayes

AJH/tnn

T ▪ 803-256-2233    F ▪ 803-256-9177    1515 LADY ST. (29201) ▪ POST OFFICE BOX 12129 ▪ COLUMBIA, SC 29211

July 2, 2025
Page 2 of 2

cc (via email): Cooper Klaasmayer, Esq.
　　　　　　　Lauren Carroway, Esq.
　　　　　　　Mark S. Barrow, Esq.
　　　　　　　Jake M. Tillery, Esq.