

July 2, 2025

Aaron J. Hayes
Sweeny, Wingate & Barrow, P.A.
1515 Lady Street
Columbia, SC 29211

Re: <u>Steven Grinnell, et al. Roehl Transport, Inc. and Tovarrian Bradford Russell</u>

Dear Mr. Hayes:

Lytx, Inc. ("<u>Lytx</u>" or "<u>we</u>") is in receipt of your correspondence dated June 27, 2025 and July 2, 2025.

Attached herein is Lytx's service agreement between Roehl Transport, Inc. and Lytx in March of 2023.

On March 3, 2023, Roehl Transport, Inc. vehicle 2371 was equipped with our DriveCam video event recorder ("VER") QM00529353. Lytx can confirm that interior video from VER QM00529353 related to the March 3, 2023 incident was not produced.

Please do not hesitate to contact me if there are additional questions related to this matter.

Regards,

Michael Guzman
Legal Department

NOT JUST VIDEO.
VISION.®

9785 Towne Centre Drive • San Diego, CA 92121 • T 866.419.5861 • lytx.com