# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Steven Grinnell and Vanessa Grinnell, both Individually and as Parents & Guardians of K.G. and K.G, both minors<br><br>*Plaintiff,*<br><br>-vs-<br><br>Tovarrian Bradford Russell and Roehl Transport, Inc.,<br><br>*Defendants.* | C/A No.: 2:23-cv-6131-RMG<br><br><br>**PLAINTIFF'S STATUS REPORT** |

Plaintiffs hereby provide the following status report pursuant to the Court's June 30, 2025, text order:

On July 11, 2025, Plaintiffs took the deposition of Lytx, Inc. pursuant to the Court's June 30, 2025 Order. At the deposition, Lytx, Inc. produced new GPS data and metadata. The new data, when combined with the investigating officer's dash camera footage and information from the police report, demonstrates that the dash camera video is authentic and Defendant Russell was driving the truck in the video at the time the collision between Plaintiffs and an unknown driver occurred.

Considering the new information, Plaintiff will move to dismiss the case with leave to refile against "John Doe" pursuant to SC Code § 38-77-180 on or before July 18, 2025.

[Signature on Following Page]

**MORGAN & MORGAN**

BY *s/ Cooper Klaasmeyer ,Esq.*
Lauren Heath Carroway
Federal ID: 13693
Cooper Klaasmeyer
Federal ID: 14272
1544 Fording Island Road, Suite A
Hilton Head, South Carolina
(843) 973-5438

North Charleston, South Carolina          ***Attorney for Plaintiff***
June 15, 2025