IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Steven Grinnell and Vanessa Grinnell, both Individually and as Parents/Guardians of K.G. and K.G, both minors,<br><br>Plaintiffs,<br><br>v.<br><br>Tovarrian Bradford Russell and Roehl Transport, Inc.,<br><br>Defendants. | Case No.: 2:23-cv-6131-RMG<br><br><br><br>**MOTION TO DISMISS** |

Pursuant to Rule 41(a)(2) of the FEDERAL RULES OF CIVIL PROCEDURE, Plaintiffs hereby move that Plaintiffs' Complaint be dismissed with prejudice. Plaintiffs acknowledge that after a thorough review of the available data, information, and testimony, Defendants Tovarrian Bradford Russell and Roehl Transport, Inc. were not, in any way, involved in a motor vehicle accident, which is alleged to have occurred on March 3, 2023, while traveling on I-95, and which is more fully described in Plaintiffs' Complaint. *See* Complaint, Dkt. No.1. Plaintiffs expressly reserve the right to bring a new action pursuant to SC Code § 38-77-180. Plaintiffs have been unable to obtain the consent of the Underinsured Motorist Carrier. Plaintiffs have obtained the consent of Defendants.

[*Signature Page to Follow*]

**MORGAN & MORGAN, P.A.**

*/s/Cooper Klaasmeyer*
Lauren Carroway Fed. I.D. No. 13693
Cooper Klaasmeyer Fed. I.D. No. 14272
P: (843) 973-5438
1544 Fording Island Road, Suite A
Hilton Head, South Carolina
**Attorney for Plaintiff**

North Charleston, South Carolina
August 8, 2025